IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND,<br><br>       Plaintiffs,<br><br>v.<br><br>TRACY, TRACY, & ROWAN, INC. d/b/a TROCO DEVELOPMENT,<br><br>       Defendant. | CASE NO. 08CV3159<br><br>JUDGE DOW |

## INITIAL STATUS REPORT

**I.**    **Plaintiffs' Attorney of Record**

Plaintiffs, TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., are represented by David P. Lichtman of Whitfield McGann & Ketterman. The Defendant is not represented by counsel; no appearances have ever been filed on behalf of the Defendant.

**II.**    **Basis for Federal Jurisdiction**

Federal subject matter jurisdiction is premised on Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185).

**III.    Brief Summary of the Claims**

The Defendant, TRACY, TRACY, & ROWAN, INC. d/b/a TROCO DEVELOPMENT, breached the provisions of the Collective Bargaining Agreement and Trust Agreements by failing

to produce upon request by Plaintiffs, the books, records and information required to complete an audit for the period December 2006 through the present. Accordingly, the Complaint sought access to the Defendant's books, records and information for the period December 2006 through the present so that the accuracy of contributions to the Trust Funds could be verified. The Defendant has until July 30, 2008 to file an answer before being in default. The Defendant has not filed an answer or appearance. There are no counterclaims or third party complaints.

**IV.    Names of Parties Served**

All parties in the current Complaint were served.

**V.     Principal Legal Issues**

This case involves determining the liability for the period of December 2006 through the present.

**VI.    Principal Factual Issues**

The factual issues involve determining the amount of contributions owed.

**VII.   Jury Status**

There is no jury demand.

**VIII.  Status of Pending Motions**

There are no pending motions.

**IX.    Description of Discovery Requested**

Interrogatories, Request to Admit Facts, and the Rule 30(b)(6) deposition as to the allegations contained in the Complaint will need to be filed if Plaintiffs move for default and if the Defendant cures the default.

**X.   Trial Length**.

The trial will last for one-half day.

**XI.   Consent to the Magistrate Judge**

The Plaintiffs will consent to the Magistrate Judge for all issues, including a possible bench trial. The Defendant has taken no position on consent.

**XII.   Settlement**

The Defendant will be in default as of July 30, 2008 and has not responded to any formal or informal demands/inquiries from the Plaintiffs.

Respectfully submitted,

By: /s/ DAVID P. LICHTMAN

Attorney for the Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Suite 2600
Chicago, IL 60601
(312) 251-9700; F (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051