IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) | CASE NO. 08CV3158 |
| v. | ) ) ) | JUDGE DOW |
| TRACY, TRACY, & ROWAN, INC. d/b/a TROCO DEVELOPMENT, | ) ) ) | |
| Defendant. | ) | |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, by its attorney, David P. Lichtman, move this Honorable Court to enter Judgment by Default according to Fed. R. Civ. P. 55 for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1.    Plaintiffs filed their complaint on June 02, 2008 and the summons and complaint were served on the Secretary of State on July 11, 2008. The Affidavit of Compliance was sent to and received by Brian Rowan, Corporate Secretary of Tracy, Tracy, & Rowan d/b/a Troco Development, on July 24, 2008. **(Exhibit A, Affidavit of Service)**

2.    The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Fed. R. Civ. P.

3.    At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4.     Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant agreed to provide the Trust Funds with access to its books and records for the period December 2006 through the present so that the accuracy of contributions to the Trust Funds could be verified, and agreed to pay the attorney and auditor fees and court costs incurred by the trust Funds.  The Plaintiffs have sought an audit of the books and records of the Defendants, but the Defendants have failed to cooperate.

5.     In particular, the Defendant failed to provide the following documents necessary for the completion of the audit:

1)     Employer's Quarterly Tax Returns, IRS Form No. 941;

2)     State Unemployment Compensation Form U.C. No. 3;

3)     Payroll Journal; Cash Disbursement Journal; Cash Receipts Journal; Payroll Subsidiaries;

4)     General ledger;

5)     Invoices and job contracts of subcontractors and suppliers;

6)     Time and job record cards;

7)     Listing or schedule of subcontractors;

8)     Check stubs and cancelled checks;

9)     W-2 Wage Statements and all other payroll records;

10)    Any other contribution reports involving employees filed with other Trust Funds;

11)    IRS Forms 1099 and 1096;

12)    Workers' Compensation Policies including any Workers' Compensation Audit Reports;

13)    Construction loan data;

14)    Waivers of Lien; and

15)    Federal Income Tax Returns.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court enter an Order of Default directing the Defendant within 10 days to permit the Plaintiffs' auditors to inspect its books and records for the period December 2006 through the present.  In addition, the Plaintiffs request that this Court retain jurisdiction to enter amounts owed

at a later date after the audit is completed.

Respectively submitted,


/s/ David P. Lichtman
Attorney for the Plaintiffs


David P. Lichtman
Attorney No. 6290051
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701

# EXHIBIT A

Form **BCA-5.25**
(Rev. Jan. 2003)

**AFFIDAVIT OF COMPLIANCE FOR SERVICE ON SECRETARY OF STATE UNDER THE BUSINESS CORPORATION ACT**

File # 6428-0961

Jesse White
Secretary of State
Department of Business Services
Springfield, IL 62756
217-524-6748
www.cyberdriveillinois.com

Remit payment in check or money order payable to Secretary of State.

This space for use by Secretary of State.

**FILED**

JUL 11 2008

**JESSE WHITE
SECRETARY OF STATE**

**SUBMIT IN DUPLICATE**

Date:

Filing Fee:  $10

Approved: ___

1.  Title and Number of Case:

    Trustees of the Chicago Regional Council    first named plaintiff

    v.

    Tracy, Tracy, & Rowan, Inc.    first named defendant

    Number  08cv3159

2.  Name of corporation being served: Tracy, Tracy, & Rowan, Inc. d/b/a Troco Development

3.  Title of court in which an action, suit or proceeding has been commenced: U.S. District Court

4.  Title of instrument being served: Summons and Complaint

5.  Basis for service on the Secretary of State: (check and complete appropriate box)

    a.  ☑  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b.  ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c.  ☐  The corporation was dissolved on _____ , _____ ; the conditions
    
    Month & Day                Year
    
    of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

    d.  ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____ , _____
    
    Month & Day                Year

    e.  ☐  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6.  Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: Brian Rowan, Officer, 2439 Cochran St., Blue Island, IL  60406

7.  The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

    _____
    Signature of Affiant

    July 9                          2008
    Month & Day                Year

    ( 312 )        251-9700
    Telephone Number

**Return to (please type or print clearly):**

David P. Lichtman
Name

111 E. Wacker Dr., Suite 2600
Street

Chicago, IL  60601
City/Town        State        ZIP

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10